UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0272--CV (JWS)
"GEICO V GARY DUNST"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 11/12/04
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (1) Citizen of This State

Nature of Suit: (110) Insurance

Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $150.00 on 11/12/04 receipt # 00124495
Trial by:

| Parties of Record: | | Counsel of Record: |
| --- | --- | --- |
| PLF 1.1 | GOVERNMENT EMPLOYEES INSURANCE CO | Susan D. Mack<br>Wilkerson & Associates<br>310 K Street, Suite 405<br>Anchorage, AK 99501<br>907-276-5297<br>FAX 907-276-5291 |
| DEF 1.1 | DUNST, GARY | W. Michael Moody<br>Atkinson Conway et al<br>420 L Street, Suite 500<br>Anchorage, AK 99501<br>907-276-1700 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0272--CV (JWS)
"GEICO V GARY DUNST"

For all filing dates

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
Filed: 11/12/04
Closed: NO

Jurisdiction: (4) Diversity (see citizenship of parties)
PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
DEF Diversity: (1) Citizen of This State

Nature of Suit: (110) Insurance

Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $150.00 on 11/12/04 receipt # 00124495
Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/12/04 | Complaint w/exhs filed; Summons issued. |
| 2 - 1 | 12/13/04 | DEF 1 motion to dismiss w/att memo, aff & exhs. |
| 3 - 1 | 12/13/04 | DEF 1 Attorney Appearance of W. Moody. |
| 4 - 1 | 01/03/05 | PLF 1 Unopposed motion to amend complaint before answer w/att memo & prop amended cmplt. |
| 5 - 1 | 01/03/05 | PLF 1 opposition to DEF 1 motion to dismiss (2-1) w/att exhs. |
| 6 - 1 | 01/04/05 | JWS Order granting unoppo mot to amend cmplt before ans (4-1). cc: cnsl |
| 7 - 1 | 01/04/05 | PLF 1 Complaint (Amended) for declaratory judg w/att exhs. |
| 8 - 1 | 01/12/05 | DEF 1 reply to opposition to DEF 1 motion to dismiss (2-1) w/att exhs. |
| 9 - 1 | 01/14/05 | PLF 1 Request for Oral Argument re: DEF 1 motion to dismiss (2-1). |
| 10 - 1 | 01/19/05 | PLF 1 motion to supplement opposition to motion to dismiss w/att exhs. |
| 11 - 1 | 01/25/05 | DEF 1 motion to strike plaintiff's "motion to supplement opposition to motion to dismiss. |
| 12 - 1 | 01/31/05 | DEF 1 Notice of filing proposed order. |
| 13 - 1 | 02/07/05 | PLF 1 opposition to DEF 1 motion to strike plaintiff's "motion to supplement opposition to motion to dismiss (11-1). |
| 14 - 1 | 02/10/05 | JWS Order denying mot to suppl oppo to mot to dismiss (10-1); mot to strike plaintiff's "mot to suppl oppo to mot to dism" deemed oppo to mot to suppl (11-1). cc: cnsl |
| 15 - 1 | 02/14/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 16 - 1 | 03/01/05 | JWS Order denying motion to dismiss (2-1); case is stayed until 6/3/05. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0272--CV (JWS)
"GEICO V GARY DUNST"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 06/03/05 | DEF 1 Unopposed motion to extend stay until 6/24/05. |
| 17 - 2 | 06/06/05 | JWS Order granting unopposed motion to extend stay until 6/24/05 (17-1). cc: cnsl |
| 18 - 1 | 06/24/05 | DEF 1 Answer and Counterclaim. |
| 19 - 1 | 07/13/05 | Joint Report re: stat. |
| 20 - 1 | 07/18/05 | JWS Minute Order approving stat rpt; updated rpt due 9/2/05 unless closing papers are sooner fld. cc: cnsl |
| 21 - 1 | 09/02/05 | PLF 1; DEF 1 Status Report. |
| 22 - 1 | 09/13/05 | JWS Minute Order that further rpt due 11/10/05. cc: cnsl |
| 23 - 1 | 11/10/05 | PLF 1; DEF 1 Updated Status Report. |