**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

GOVERNMENT EMPLOYEES INSURANCE CO.   v.   GARY DUNST

THE HONORABLE JOHN W. SEDWICK    CASE NO. A04-0272 CV (JWS)

Deputy Clerk                     Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the status report at docket 23. Unless closing papers are sooner filed, an updated status report shall be filed on December 30, 2005.

DATE: December 6, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A04-0272--CV (JWS)        12-6-05

W. MOODY (ATKINSON)
S. MACK

24