**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*GOVERNMENT EMPLOYEES INSURANCE CO.*   v.   *GARY DUNST*

THE HONORABLE JOHN W. SEDWICK        CASE NO. A04-272 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: January 4, 2006

    The status report at docket 25 is **ACCEPTED**; the parties will please proceed in accordance therewith.