Mark E. Wilkerson
Kenton L. Robinson
310 K Street, Suite 405
Anchorage, Alaska 99501
P: 907-276-5297
F: 907-276-5291
Attorneys for Plaintiff GEICO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>GARY DUNST,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0272 CV (JWS) |

**NOTICE OF CHANGE OF COUNSEL**

Pursuant to Alaska Local Rule 83.1, the law firm of Wilkerson, Hozubin & Burke hereby gives notice of a change of counsel in the above-referenced matter.  Susan D. Mack, the attorney presently listed as counsel for plaintiff GEICO, has left Wilkerson, Hozubin & Burke.  Therefore, counsel of record for GEICO should be changed to Mark E. Wilkerson and Kenton L. Robinson.  All future pleadings and correspondence in this matter should be sent to:

       Mark E. Wilkerson
       Kenton L. Robinson
       310 K Street, Suite 405
       Anchorage, Alaska 99501
       P: 907-276-5297
       F: 907-276-5291

DATED this 4th day of January, 2006.

WILKERSON, HOZUBIN & BURKE

BY: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    P: 907-276-5297
    F: 907-276-5291
    Email: mark@wilkersonlaw.net
    AK Bar No. 8310157

WILKERSON, HOZUBIN & BURKE

BY: s/Kenton L. Robinson
    Kenton L. Robinson
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    P: 907-276-5297
    F: 907-276-5291
    Email: kent@wilkersonlaw.net
    AK Bar No. 0410056

**CERTIFICATE OF SERVICE**
I hereby certify that on the 4th day of January, 2006, a true and correct copy of the foregoing was mailed to the following:

W. Michael Moody, Esq.
420 L Street, Suite 500
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By: s/Kenton L. Robinson
2000/264/plead/Ntc of Change of Counsel