Mark E. Wilkerson
Kenton L. Robinson
310 K Street, Suite 405
Anchorage, Alaska 99501
P: 907-276-5297
F: 907-276-5291
Attorneys for Plaintiff GEICO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARY DUNST, )<br>)<br>Defendant. )<br>_____) | Case No. A04-0272 CV (JWS) |

**CERTIFICATE OF SERVICE OF NOTICE OF CHANGE OF COUNSEL**

I, Megan L. Follett, a legal secretary with the firm Wilkerson, Hozubin & Burke, HEREBY CERTIFY that a true and correct copy of Plaintiff's Notice of Change of Counsel was mailed to counsel for Defendant Dunst on the 10th day of January, 2006, at the following address:

> W. Michael Moody, Esq.
> 420 L Street, Suite 500
> Anchorage, AK  99501

Plaintiff's Notice incorrectly stated that the Notice was served on Defendant on January 4, 2006.

DATED this 10th day of January, 2006.

        WILKERSON, HOZUBIN & BURKE

        BY: s/Megan L. Follett
            Legal Secretary
            310 K Street, Suite 405
            Anchorage, Alaska 99501
            P: 907-276-5297
            F: 907-276-5291
            Email: megan@wilkersonlaw.net

2000/264/plead/Cert Service