W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) | Case No. A04-0272 CV (JWS) |
| Plaintiff, | ) ) ) | **DEFENDANT GARY DUNST'S MOTION FOR ATTORNEY'S FEES** |
| vs. | ) ) | |
| GARY DUNST | ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Civil Rule 54(d)(2), Alaska Civil Rule 82, and Local Rule 54.3, Defendant Gary Dunst hereby moves for an award of attorney's fees in this action. This motion is supported by the attached memorandum and supporting exhibits.

DATED this 24th day of January, 2006.

ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst

By   s/ Christopher J. Slottee
Christopher J. Slottee
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: cjs@acglaw.com
ABA No. 0211055

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By   s/ Christopher J. Slottee