W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GARY DUNST<br><br>Defendant. | Case No. A04-0272 CV (JWS)<br><br>**AFFIDAVIT OF CHRISTOPHER J. SLOTTEE** |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

1. I am counsel for Defendant Gary Dunst in this matter and have personal knowledge of the facts stated herein.

2. This affidavit is made in support of Defendant Gary Dunst's Motion for Attorney's Fees.

   3.  The following exhibits are true and correct copies of the originals:

  **Exhibit #1:** Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated November 12, 2004.

  **Exhibit #2:** Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated December 3, 2004.

  **Exhibit #3:** Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated December 23, 2004.

  **Exhibit #4:** Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated August 3, 2005.

  **Exhibit #5:** Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated November 9, 2005.

  **Exhibit #6:** Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated September 22, 2005.

**Exhibit #7:**   Letter from W. Michael Moody, counsel for Gary Dunst, to Mark E. Wilkerson, counsel for Government Employees Insurance Company, dated October 6, 2005.

**Exhibit #8:**   Printed page from Government Employees Insurance Company's website, www.geico.com/about/press/062602.htm, last visited on January 23, 2006.  Website produced by Government Employees Insurance Company, Copyright 2003-2006.

**Exhibit #9:**   Printed pages from the State of Alaska, Division of Insurance website, www.commerce.state.ak.us/ins/apps/companysearch/InsCompanyList.cfm and www.commerce.state.ak.us/ins/apps/companysearch/InsCompanyDetail.cfm?AKID=1475.  Website produced by the State of Alaska.

**Exhibit #10:** Document entitled:  "2003 Alaska Property and Casualty Market Share, Private Passenger Auto Physical Damage ($000)" produced by the State of Alaska, Division of Insurance and downloaded from the State of Alaska, Division of Insurance website: http://www.dced.state.ak.us/insurance/pub/page128.pdf.  Document entitled "2003 Alaska Property and Casualty Market Share, Private Passenger Auto No-Fault and Liability ($000)" produced by the State of Alaska, Division of Insurance and downloaded from the State of Alaska, Division of Insurance website: http://www.dced.state.ak.us/insurance/pub/page129.pdf.

**Exhibit #11:** Affidavit of W. Michael Moody, dated January 24, 2006.

DATED this 24th day of January, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 24th day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires:_____

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By      s/ Christopher J. Slottee