DATED this 24th day of January, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 24th day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-11-06

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By ____s/ Christopher J. Slottee_____

AFFIDAVIT OF CHRISTOPHER J. SLOTTEE
*GEICO v. Dunst*, A04-0272 CV (JWS)
Page 4 of 4
82913/7443.1