W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>GARY DUNST<br><br>           Defendant. | Case No. A04-0272 CV (JWS)<br><br>**EXHIBITS**<br>**TABLE OF CONTENTS** |

**Exhibit #1:**    Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated November 12, 2004.

**Exhibit #2:**    Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated December 3, 2004.

**Exhibit #3:**     Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated December 23, 2004.

**Exhibit #4:**     Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated August 3, 2005.

**Exhibit #5:**     Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated November 9, 2005.

**Exhibit #6:**     Letter from Mark E. Wilkerson, counsel for Government Employees Insurance Company, to W. Michael Moody, counsel for Gary Dunst, dated September 22, 2005.

**Exhibit #7:**     Letter from W. Michael Moody, counsel for Gary Dunst, to Mark E. Wilkerson, counsel for Government Employees Insurance Company, dated October 6, 2005.

**Exhibit #8:**     Printed page from Government Employees Insurance Company's website, www.geico.com/about/press/062602.htm, last visited on January 23, 2006.  Website produced by Government Employees Insurance Company, Copyright 2003-2006.

**Exhibit #9:**     Printed pages from the State of Alaska, Division of Insurance website, www.commerce.state.ak.us/ins/apps/companysearch/InsCompanyList.cfm and

www.commerce.state.ak.us/ins/apps/companysearch/InsCompanyDetail.cfm?AKID=1475. Website produced by the State of Alaska.

**Exhibit #10:** Document entitled: "2003 Alaska Property and Casualty Market Share, Private Passenger Auto Physical Damage ($000)" produced by the State of Alaska, Division of Insurance and downloaded from the State of Alaska, Division of Insurance website: http://www.dced.state.ak.us/insurance/pub/page128.pdf. Document entitled "2003 Alaska Property and Casualty Market Share, Private Passenger Auto No-Fault and Liability ($000)" produced by the State of Alaska, Division of Insurance and downloaded from the State of Alaska, Division of Insurance website: http://www.dced.state.ak.us/insurance/pub/page129.pdf.

**Exhibit #11:** Affidavit of W. Michael Moody, dated January 24, 2006.

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By       s/ Christopher J. Slottee