# WILKERSON, HOZUBIN & BURKE, pc

310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
DANA S. BURKE
SUSAN D. MACK
WALLACE H. TETLOW

Telephone (907) 276-5297
Facsimile (907) 276-5291

December 23, 2004

*Via Hand-delivery*

W. Michael Moody, Esq.
420 L Street, Suite 500
Anchorage, AK 99501

HAND DELIV...
DEC 2 3 2004
Atkinson, Con...
Gagno...

Re: *GEICO v. Dunst*
Case No.: A04-0272 CV (JWS)
Our File No.: 2000.264

Dear Mr. Moody:

Enclosed are the following investigative materials in this case:

1) Laser color copies of APD's digital photos of the accident scene, Bates No. 100162 through 100184;

2) A copy of APD's photo CD of the above photos;

3) A copy of the police collision report, Bates No. 100085 through 100088;

4) A transcript of the statements of Doug Smith, Bates No. 100099 through 100107 and Terry O, Bates No. 100108 through 100114; and,

5) A copy of the statement tapes of Doug Smith and Tanner Young and a voice mail message from APD Officer Witte.

Very Truly Yours,

WILKERSON, HOZUBIN & BURKE

Mark E. Wilkerson

MEW/sgh
Enclosures

Exhibit 3
Page 1 of 1