

Home Page | Privacy Policy | Contact Us | Site Map

Auto Insurance | Motorcycle Insurance | Home, Condo, & Renter's Insurance | Umbrella Insurance | Boat Insurance | Careers | About GEICO

Partners | Affiliates | Offices | Background | Investor Relations | News & Press | Business Services

## News & Press





### GEICO's Macon Operations to Add Over 100 New Associates

MACON, GEORGIA, June 26, 2002 - GEICO, the nation's largest direct marketer of auto insurance, will be adding 110 new positions to its current workforce of over 3,000 associates in Macon, Ga. The new hires will be in auto insurance sales, service and claims.

"We are very fortunate to have a talented workforce in the Macon area from which to fill these new positions," said Mary Zarcone, assistant vice president for underwriting and claims in GEICO's regional office in Macon. "GEICO's minimum starting salary of $24,180 is a very good wage for the Middle Georgia area and we offer paid training for all the positions."

"We need more counselors to handle the inquiries we're getting from increased advertising," said GEICO Regional Vice President Dave Pushman, "as well as policy growth in the region, and increased capacity to help other company locations."

GEICO offers associates a full package of health benefits, support for continuing education programs and classes for property and casualty licensing if required. The fee for the licensing classes is reimbursed by GEICO upon successful completion of the course and being hired by GEICO.

GEICO offers auto insurance coverage under GEICO and GEICO General for preferred-risk drivers; GEICO Indemnity for standard-risk drivers; and GEICO Casualty for nonstandard-risk drivers.

GEICO uses television, radio, print media and direct mail to attract customers to call its 1-800-841-3000 number, and keeps its rates low by dealing directly with the customer. GEICO offers sales and claim services 24 hours a day, seven days a week, and is the largest direct marketer of auto insurance. It insures more than 4.7 million policyholders and over 7.3 million automobiles.

GEICO (Government Employees Insurance Company) and its affiliates GEICO General, GEICO Indemnity and GEICO Casualty companies insure private passenger automobiles and provide homeowner and other types of insurance for qualified applicants. The companies market collectively under the trademark GEICO®.

RW-072-02
Contact: Mary Zarcone
478.744.5487

**Contact Us**

We're here 24 hours a day,
7 days a week, 365 days a year.

Sales:
1-800-861-8380
ratequotes@geico.com

Service:
1-877-206-0215
Log-in for Policy Changes

**Learn More**

GEICO in the Community
Safety Belt Poster Contest
Environmental and Safety Stewardship
Insurance Terms

© 2003-2006 GEICO | Terms of Use | States of Operation | Company Addresses

Exhibit 8
Page 1 of 1 Pages