

Division of Insurance

# Alaska Division of Insurance
# Company Search

Your query returned 3 record(s). Click on the AKID# to display record details or on the Org Type link to see glossary information

| AKID# | Company | NAIC# | Active? | Domicile State or Country | Org Type | Org Status |
|---|---|---|---|---|---|---|
| 1475 | GEICO CASUALTY COMPANY | 41491 | YES | MD | PROP/CAS INS | C OF A ISSUED |
| 1207 | GEICO GENERAL INSURANCE COMPANY | 35882 | YES | MD | PROP/CAS INS | C OF A ISSUED |
| 588 | GEICO INDEMNITY COMPANY | 22055 | YES | MD | PROP/CAS INS | C OF A ISSUED |

[ New Query ]

## Contact Information

9th Floor State Office Bldg.
333 Willoughby Avenue 99801
PO Box 110805   Juneau, Alaska 99811-0805
(907) 465-2515   Fax (907) 465-3422
TDD (907) 465-5437   Email:
insurance@commerce.state.ak.us

Robert B. Atwood Building
550 W. 7th Avenue, Suite 1560   Anchorage, Alaska 99501-3567
(907) 269-7900   Fax (907) 269-7910
TDD (907) 465-5437   Email: insurance@commerce.state.ak.us

Consumers   Producers   Companies   Webmaster



Exhibit 9
Page 1 of 7

# Alaska Division of Insurance Company Search

## Company Details for:
### GEICO CASUALTY COMPANY

**AK ID#:** 1475
**NAIC Number:** 41491   **Federal ID Number:** 52-1264413
**NAIC Group Number:** 31
**Organization Type:** PROP/CAS INS  **Organization Status:** C OF A ISSUED
**Domicile State:** MD

## Status Dates/Information:

**Date Issued:** 01/26/1983

This Company was authorized on the following date(s) for these line(s) of insurance:

| Line | Date |
|---|---|
| CASUALTY | 01/26/1983 |
| BOILER/MACHINE | 01/26/1983 |
| BURGLARY/THEFT | 01/26/1983 |
| CREDIT | 01/26/1983 |
| ELEVATOR | 01/26/1983 |
| ENTERTAINMENT | 01/26/1983 |
| GLASS | 01/26/1983 |
| LEAKAGE/FIRE EXT | 01/26/1983 |
| LIABILITY | 01/26/1983 |
| LIVESTOCK | 01/26/1983 |
| MALPRACTICE | 01/26/1983 |
| MISC | 01/26/1983 |
| PERSONAL PROPERTY | 01/26/1983 |
| VEHICLE | 01/26/1983 |

- Click here to get contact and address information for this company.
- Click here for prior company name(s).

As of June 24, 2005, the division no longer maintains active records of any appointments.

[ Back to List Screen ]
[ Run a New Query ]

Contact Information
9th Floor State Office Bldg.
333 Willoughby Avenue 99801
PO Box 110805  Juneau, Alaska 99811-0805        Robert B. Atwood Building

Exhibit 9
Page 2 of 2

(907) 465-2515   Fax (907) 465-3422
TDD (907) 465-5437   Email:
insurance@commerce.state.ak.us

550 W. 7th Avenue, Suite 1560   Anchorage, Alaska 99501-3567
(907) 269-7900   Fax (907) 269-7910
TDD (907) 465-5437   Email: insurance@commerce.state.ak.us

Consumers   Producers   Companies   Webmaster

Exhibit 9
Page 3 of 7 Pages

Division of Insurance

# Alaska Division of Insurance Company Search

## Company Details for:

### GEICO GENERAL INSURANCE COMPANY

AK ID#: 1207
NAIC Number: 35882   Federal ID Number: 75-1588101
NAIC Group Number: 31
Organization Type: PROP/CAS INS  Organization Status: C OF A ISSUED
Domicile State:   MD

## Status Dates/Information:

Date Issued: 07/25/1978

This Company was authorized on the following date(s) for these line(s) of insurance:

| Line | Date |
|---|---|
| HEALTH | 07/25/1978 |
| PROPERTY | 07/25/1978 |
| CASUALTY | 07/25/1978 |
| BOILER/MACHINE | 07/25/1978 |
| BURGLARY/THEFT | 07/25/1978 |
| ELEVATOR | 07/25/1978 |
| ENTERTAINMENT | 07/25/1978 |
| GLASS | 07/25/1978 |
| LEAKAGE/FIRE EXT | 07/25/1978 |
| LIABILITY | 07/25/1978 |
| LIVESTOCK | 07/25/1978 |
| MALPRACTICE | 07/25/1978 |
| MISC | 07/25/1978 |
| PERSONAL PROPERTY | 07/25/1978 |
| VEHICLE | 07/25/1978 |
| WORKERS COMP | 07/25/1978 |
| SURETY | 07/25/1978 |
| MARINE | 07/25/1978 |
| WET MARINE TRANSPORTATION | 07/25/1978 |

- Click here to get contact and address information for this company.
- Click here for prior company name(s).

As of June 24, 2005, the division no longer maintains active records of any appointments.

[ Back to List Screen ]

Exhibit 9
4 of 7 Pages

[ Run a New Query ]

## Contact Information

9th Floor State Office Bldg.
333 Willoughby Avenue 99801
PO Box 110805   Juneau, Alaska 99811-0805
(907) 465-2515   Fax (907) 465-3422
TDD (907) 465-5437   Email:
insurance@commerce.state.ak.us

Robert B. Atwood Building
550 W. 7th Avenue, Suite 1560   Anchorage, Alaska 99501-3567
(907) 269-7900   Fax (907) 269-7910
TDD (907) 465-5437   Email: insurance@commerce.state.ak.us

Consumers   Producers   Companies   Webmaster



# Alaska Division of Insurance
# Company Search

## Company Details for:
## GEICO INDEMNITY COMPANY

AK ID#: 588
NAIC Number: 22055   Federal ID Number: 52-0794134
NAIC Group Number: 31
Organization Type: PROP/CAS INS  Organization Status: C OF A ISSUED
Domicile State:   MD

## Status Dates/Information:

Date Issued: 07/28/1961

This Company was authorized on the following date(s) for these line(s) of insurance:

| Line | Date |
|---|---|
| CASUALTY | 07/28/1961 |
| BOILER/MACHINE | 07/28/1961 |
| BURGLARY/THEFT | 07/28/1961 |
| CREDIT | 07/28/1961 |
| GLASS | 07/28/1961 |
| LEAKAGE/FIRE EXT | 07/28/1961 |
| LIABILITY | 07/28/1961 |
| MISC | 07/28/1961 |
| PERSONAL PROPERTY | 07/28/1961 |
| VEHICLE | 07/28/1961 |

- Click here to get contact and address information for this company.
- Click here for prior company name(s).

As of June 24, 2005, the division no longer maintains active records of any appointments.

[ Back to List Screen ]
[ Run a New Query ]

## Contact Information

9th Floor State Office Bldg.
333 Willoughby Avenue 99801
PO Box 110805  Juneau, Alaska 99811-0805
(907) 465-2515   Fax (907) 465-3422
TDD (907) 465-5437  Email:
insurance@commerce.state.ak.us

Robert B. Atwood Building
550 W. 7th Avenue, Suite 1560   Anchorage, Alaska 99501-3567
(907) 269-7900    Fax (907) 269-7910
TDD (907) 465-5437   Email: insurance@commerce.state.ak.us

Consumers   Producers   Companies   Webmaster

Exhibit 9
Page 6 of 7 Pages

Exhibit 9
Page 7 of 7 Pages