# 2003 ALASKA PROPERTY AND CASUALTY MARKET SHARE

## PRIVATE PASSENGER AUTO PHYSICAL DAMAGE ($000)

| COMPANY NAME | PERCENT OF MARKET | DIRECT PREMIUMS WRITTEN |
|---|---|---|
| State Farm Mut Auto Ins Co | 21.05 | 29,283 |
| Allstate Ins Co | 17.06 | 23,729 |
| United Services Auto Assoc | 7.93 | 11,035 |
| Geico General Ins Co | 5.14 | 7,154 |
| Government Employees Ins Co | 4.34 | 6,040 |
| USAA Cas Ins Co | 3.74 | 5,196 |
| Progressive Northwestern Ins Co | 3.68 | 5,120 |
| Geico Ind Co | 3.41 | 4,738 |
| Geico Cas Co | 3.29 | 4,573 |
| State Farm Fire and Cas Co | 3.25 | 4,520 |
| Leader Ins Co | 3.22 | 4,485 |
| Hartford Ins Co of the Midwest | 3.00 | 4,180 |
| Safeco Ins Co of IL | 2.17 | 3,024 |
| Progressive Cas Ins Co | 1.70 | 2,367 |
| Allstate Ind Co | 1.61 | 2,235 |
| Teachers Ins Co | 1.47 | 2,049 |
| Progressive Specialty Ins Co | 1.38 | 1,920 |
| Nationwide Mut Ins Co | 1.22 | 1,698 |
| Country Mut Ins Co | 1.17 | 1,626 |
| USAA General Ind Co | 0.92 | 1,282 |
| TOTAL FOR TOP 20 RANKED INSURERS | 90.77 | 126,253 |
| TOTAL FOR ALL 86 INSURERS WRITING THIS LINE | 100.00 | 139,098 |

EXHIBIT 10
Page 1 of 2 Pages

# 2003 ALASKA PROPERTY AND CASUALTY MARKET SHARE

## PRIVATE PASSENGER AUTO NO-FAULT AND LIABILITY
($000)

| COMPANY NAME | PERCENT OF MARKET | DIRECT PREMIUMS WRITTEN |
|---|---|---|
| State Farm Mut Auto Ins Co | 23.12 | 51,613 |
| Allstate Ins Co | 16.34 | 36,467 |
| Progressive Northwestern Ins Co | 6.13 | 13,676 |
| United Services Auto Assoc | 5.79 | 12,920 |
| Leader Ins Co | 5.35 | 11,943 |
| Geico Cas Co | 4.81 | 10,734 |
| Geico General Ins Co | 3.92 | 8,758 |
| State Farm Fire And Cas Co | 3.71 | 8,283 |
| Geico Ind Co | 3.44 | 7,679 |
| USAA Cas Ins Co | 3.21 | 7,173 |
| Government Employees Ins Co | 2.85 | 6,365 |
| Allstate Ind Co | 2.15 | 4,801 |
| Safeco Ins Co of IL | 2.07 | 4,616 |
| Progressive Specialty Ins Co | 2.01 | 4,477 |
| Hartford Ins Co of the Midwest | 1.71 | 3,825 |
| Progressive Cas Ins Co | 1.37 | 3,056 |
| Nationwide Mut Ins Co | 1.15 | 2,573 |
| Country Mut Ins Co | 1.02 | 2,275 |
| Teachers Ins Co | 0.88 | 1,967 |
| First Natl Ins Co of Amer | 0.87 | 1,948 |
| TOTAL FOR TOP 20 RANKED INSURERS | 91.90 | 205,149 |
| TOTAL FOR ALL 102 INSURERS WRITING THIS LINE | 100.00 | 223,225 |

Exhibit 1b
Page 2 of 2 Pages