W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GARY DUNST<br><br>Defendant. | Case No. A04-0272 CV (JWS)<br><br>**AFFIDAVIT OF W. MICHAEL MOODY** |

STATE OF ALASKA    )
                  ) ss.
THIRD JUDICIAL DISTRICT )

   W. MICHAEL MOODY, being first duly sworn upon oath, deposes and says:

   1. I am an attorney with Atkinson, Conway & Gagnon, Inc., counsel for Defendant Gary Dunst in this action. I make this affidavit to support Defendant Dunst's request for an award of attorneys' fees under Civil Rule 82.

2. The total actual fees expended by Defendant Dunst's attorney's in this action, through October 10, 2005, were $36,458.75. These fees represent the following hours worked by the timekeepers listed below at the billing rates shown:

| | | |
|---|---|---|
| W. Michael Moody: | 40 hours @ $250/hour | = $10,000 |
| Christopher J. Slottee: | 79.4 hours @ $165/hour | = $13,101 |
| Paralegal Lewis E. Baker: | 157.15 hours @ $85/hour | = $13,357.75 |
| | TOTAL FEES | $36,458.75 |

3. I am a partner with the firm of Atkinson, Conway and Gagnon and have been practicing law in Alaska for 33 years. Mr. Slottee is an associate with our firm. Mr. Slottee has been practicing law in Alaska for 3 years and previously clerked for Alaska Superior Court Judge Renee Gonzalez. The hourly rates charged in this matter are our standard rates. They are fair and reasonable rates, given the claims involved and prevailing rates in Anchorage for attorneys of similar experience. The time spent by myself, Mr. Slottee and Mr. Baker was reasonably incurred in defense of GEICO's claims against Defendant Dunst.

4. A detailed listing of the services Mr. Slottee and Mr. Baker performed for these fees is set out in Exhibit 11-A, attached to this affidavit. The tasks performed by Mr. Baker were tasks that I assigned to Mr. Baker to help investigate and develop this case, particularly to find the identity of the driver of the Explorer. These tasks were of the type done by a lawyer or legal investigator and were delegated to Mr. Baker in order to provide legal services at the most economical cost.

5.   The firm represents Mr. Dunst pursuant to a contingency fee agreement.  I do not keep detailed records of the time I spend on contingency fee cases, given that my fee is based on a percentage of the client's recovery and not on the number of hours spent on the case.  In reviewing my records and the Dunst files, however, I have determined that I spent more than 40 hours on this case from the time GEICO issued its reservation of rights letter up until the filing of this motion.

6.   My time was spent directing and reviewing the work of Mr. Slottee and Mr. Baker, researching GEICO's denial of coverage, reviewing and analyzing Mr. Dunst's three different GEICO policies, researching legal issues, drafting correspondence to GEICO regarding its denial of coverage, drafting the motion to dismiss and its attendant pleadings, drafting the Answer and Counterclaim, drafting the petition to take depositions filed in state court, preparing for and conducting depositions of the four police officers involved in the investigation of the accident, attempting to obtain records from the Department of Motor Vehicles and the Alaska State Troopers regarding possible drivers of the Ford Explorer, and preparing for and conducting the deposition of Amanda Torres.

DATED this 24th day of January, 2006.

_____
W. Michael Moody

SUBSCRIBED AND SWORN TO before me this 24th day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires:_____

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.


By       s/ Christopher J. Slottee

AFFIDAVIT OF W. MICHAEL MOODY
*GEICO v. Dunst*, A04-0272 CV (JWS)
Page 4 of 4
82917/7443.1