## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Work Date | Timekeeper | Description | Hrs. | Rate | Fees |
|---|---|---|---|---|---|
| 10/14/2004 | CJS | Research hit and run provision in UM/UIM policy | 2.7 | $165.00 | $445.50 |
| 10/15/2004 | CJS | Research hit and run provision in UM/UIM policy | 1.3 | $165.00 | $214.50 |
| 10/18/2004 | CJS | Research underinsured motorist coverage in cases not involving physical impact | 3.1 | $165.00 | $511.50 |
| 10/19/2004 | CJS | Research underinsured motorist coverage for cases not involving physical impact | 6.2 | $165.00 | $1,023.00 |
| 10/20/2004 | CJS | Research underinsured motorist coverage in cases not involving physical impact; draft memoranda to Attorney Moody on research | 5.3 | $165.00 | $874.50 |
| 10/21/2004 | CJS | Draft and revise research memoranda to Attorney Moody on underinsured motorist coverage for accidents without physical impact | 4.1 | $165.00 | $676.50 |
| 11/16/2004 | CJS | Research legislative history on uninsured motorist statute | 3.5 | $165.00 | $577.50 |
| 11/17/2004 | CJS | Research legislative history of uninsured motorist statute | 3 | $165.00 | $495.00 |
| 11/18/2004 | CJS | Research legislative history of uninsured motorist hit and run provision | 2.1 | $165.00 | $346.50 |
| 11/19/2004 | CJS | Research legislative history on physical contact requirement in uninsured motorist statute; draft and revise memoranda to Attorney Moody on research | 2.3 | $165.00 | $379.50 |
| 11/23/2004 | CJS | Research umbrella policies and hit and run accidents | 0.7 | $165.00 | $115.50 |
| 11/30/2004 | CJS | Research umbrella policies and hit and run provisions | 3 | $165.00 | $495.00 |
| 12/1/2004 | CJS | Draft motion to dismiss for lack of case and controversy and research case and controversy requirements | 4.5 | $165.00 | $742.50 |
| 12/2/2004 | CJS | Revise motion to dismiss | 1.3 | $165.00 | $214.50 |
| 12/3/2004 | CJS | Research case and controversy requirements for declaratory judgment action | 1.9 | $165.00 | $313.50 |
| 12/6/2004 | CJS | Revise motion to dismiss | 1.3 | $165.00 | $214.50 |
| 12/9/2004 | CJS | Revise motion to dismiss; review cases cited in motion to dismiss | 3.1 | $165.00 | $511.50 |

Page 1
1/24/2006

Exhibit 11-A
Page 1 of 9 Pages

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2004 | CJS | Revise motion to dismiss; revise affidavit in support of motion to dismiss; cite check cases cited in motion | 1.2 | $165.00 | $198.00 |
| 12/13/2004 | CJS | Research uninsured motorist hit and run provision regarding definition of "cannot be ascertained" | 3.2 | $165.00 | $528.00 |
| 12/14/2004 | CJS | Research coverage under hit and run provisions | 2.1 | $165.00 | $346.50 |
| 12/15/2004 | CJS | Draft memoranda to Attorney Moody on cases defining hit and run in the UM/UIM context | 1.6 | $165.00 | $264.00 |
| 12/16/2004 | CJS | Draft and revise memoranda to Attorney Moody on research | 2.5 | $165.00 | $412.50 |
| 1/5/2005 | CJS | Review GEICO's opposition to motion to dismiss; draft reply | 3.6 | $165.00 | $594.00 |
| 1/6/2005 | CJS | Revise reply to opposition to motion to dismiss | 2.9 | $165.00 | $478.50 |
| 1/7/2005 | CJS | Revise reply to opposition to motion to dismiss | 0.5 | $165.00 | $82.50 |
| 1/10/2005 | CJS | Revise reply to GEICO's opposition to motion to dismiss | 1.1 | $165.00 | $181.50 |
| 1/11/2005 | CJS | Revise reply to GEICO's opposition to motion to dismiss | 2.9 | $165.00 | $478.50 |
| 1/24/2005 | CJS | Revise motion to strike; revise subpoena duces tecum | 1.1 | $165.00 | $181.50 |
| 1/26/2005 | CJS | Revise subpoena duces tecum | 0.3 | $165.00 | $49.50 |
| 2/3/2005 | CJS | Records deposition of AnchorTown Sports Authority | 0.4 | $165.00 | $66.00 |
| 2/21/2005 | CJS | Draft letter to Petroleum League regarding league records | 0.4 | $165.00 | $66.00 |
| 2/22/2005 | CJS | Draft letter to Tim Marx regarding Petroleum League information | 0.2 | $165.00 | $33.00 |
| 3/23/2005 | CJS | Draft subpoena to Image Records Custodian | 0.6 | $165.00 | $99.00 |
| 3/25/2005 | CJS | Telephone call from department of public safety regarding drivers license photos | 0.1 | $165.00 | $16.50 |
| 4/7/2005 | CJS | Draft motion for court ordered subpoena | 1.5 | $165.00 | $247.50 |
| 4/8/2005 | CJS | Revise motion for court ordered subpoena | 0.7 | $165.00 | $115.50 |
| 4/10/2005 | CJS | Revise motion for court ordered subpoena; draft affidavit for Lewis Baker; draft order granting motion for court ordered subpoena | 1.2 | $165.00 | $198.00 |
| 4/11/2005 | CJS | Revise motion for court order authorizing production of driver's license photographs | 0.6 | $165.00 | $99.00 |

Exhibit 11-A
Page 2 of 9 Pages

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/26/2005 | CJS | Review letter from State on disclosure of driver's license photographs; research state statute on disclosure of motor vehicle information | 0.8 | $165.00 | $132.00 |
| 6/9/2005 | CJS | Telephone conference with Assistant Attorney General regarding photographs; telephone conference with Municipal Attorney regarding notebook | 0.5 | $165.00 | $82.50 |
| | | **Total Fees for Christopher J. Slottee:** | **79.4** | | **$13,101.00** |
| 8/19/2004 | LEB | Meet with APD to obtain photos and Amended Police Report; observe, follow, and obtain license plate number for tan Explorer and driver fitting description from witnesses and photos | 2.4 | $85.00 | $204.00 |
| 8/20/2004 | LEB | Research regarding Cheryl Strenger, possible adverse party; report to Attorney Moody regarding findings; calls regarding Strenger; calls to and from witness to arrange meeting | 0.9 | $85.00 | $76.50 |
| 8/25/2004 | LEB | Meet and confer with witnesses regarding their observations of subject wreck; calls to witness for further information on Explorer driver; prepare memo | 2.5 | $85.00 | $212.50 |
| 8/31/2004 | LEB | Meet with witness regarding accident; draft memo | 1 | $85.00 | $85.00 |
| 9/13/2004 | LEB | Continue search for other driver | 0.4 | $85.00 | $34.00 |
| 9/15/2004 | LEB | Calls to and from Linda Johnson at MOA requesting help in identifying female driver and response from Ms. Johnson regarding APD's efforts regarding same; report to Attorney Moody regarding contacts with Ms. Johnson | 0.7 | $85.00 | $59.50 |
| 9/16/2004 | LEB | Begin Ingens computer research to compile list of all beige, tan, cream/ivory 1994-1998 Ford Explorers and cull list to include likely female Anchorage residents of appropriate age | 2.2 | $85.00 | $187.00 |
| 9/20/2004 | LEB | Investigation regarding witness statement that woman crossed International from south to north across eastbound lanes | 0.85 | $85.00 | $72.25 |

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/21/2004 | LEB | Study witness statement and draft memo to Attorney Moody; continue Ingens computer research to gather information on tan Explorer owners; leave voicemail for APD photo lab | 3.4 | $85.00 | $289.00 |
| 9/22/2004 | LEB | Continue research to identify Ford Explorer owners | 2 | $85.00 | $170.00 |
| 9/24/2004 | LEB | Continue Explorer owner research; prepare color-coded drawing of scene | 2.6 | $85.00 | $221.00 |
| 10/20/2004 | LEB | Conduct address research and travel to various addresses to observe Ford Explorers matching subject vehicle description | 1.1 | $85.00 | $93.50 |
| 10/21/2004 | LEB | Report to Attorney Moody regarding observations of Explorers and study photos; meet with APD to pick up photo CD | 1.3 | $85.00 | $110.50 |
| 10/22/2004 | LEB | Telephonic interview with witness; e-mail Attorney Moody; study digital photo CD from APD; call and letter to Photowright | 1.9 | $85.00 | $161.50 |
| 10/27/2004 | LEB | Study APD photos; effort to find someone to enhance photo clarity | 0.3 | $85.00 | $25.50 |
| 10/28/2004 | LEB | Ingens research regarding tan Explorer; manipulate and resize police photos to try and gain detail | 0.4 | $85.00 | $34.00 |
| 10/29/2004 | LEB | Research softball teams playing in local fields at time of accident | 1.3 | $85.00 | $110.50 |
| 11/1/2004 | LEB | Correspond with softball association regarding teams and rosters and report to Attorney Moody regarding same | 0.2 | $85.00 | $17.00 |
| 11/12/2004 | LEB | Print photo and meet with Attorney Moody regarding petition to take depositions; call Spenard Recreation Center regarding ball field schedule | 0.3 | $85.00 | $25.50 |
| 11/16/2004 | LEB | Read and revise petition to take depositions of Anchorage Police Dept. | 0.3 | $85.00 | $25.50 |
| 12/2/2004 | LEB | Meet with Aeromap U.S. to order aerial photo of accident scene | 0.5 | $85.00 | $42.50 |
| 12/7/2004 | LEB | Receive and study aerial photo; read correspondence from GEICO counsel | 0.3 | $85.00 | $25.50 |
| 12/8/2004 | LEB | Report to Attorney Moody regarding aerial photo; prepare marked up copy of same for e-mailing to witness; call witness regarding same | 1.8 | $85.00 | $153.00 |

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/9/2004 | LEB | Work on e-mailing aerial photo to witness; show police photos to Attorney Slottee | 0.2 | $85.00 | $17.00 |
| 12/22/2004 | LEB | Meet with Cal Worthington Ford Parts Dept. to obtain information on Explorer; Ingens research and download information regarding Explorer registered owners | 2.9 | $85.00 | $246.50 |
| 12/23/2004 | LEB | Continue research regarding Explorer owners; receive GEICO documents and police photos from Attorney Wilkerson | 3.9 | $85.00 | $331.50 |
| 12/28/2004 | LEB | Receive documents from client; receive e-mail from witness requesting further information and meet with Attorney Moody regarding same | 0.9 | $85.00 | $76.50 |
| 12/29/2004 | LEB | Prepare e-mail witness regarding his recollections of accident | 0.2 | $85.00 | $17.00 |
| 12/30/2004 | LEB | Receive and read documents from client | 0.3 | $85.00 | $25.50 |
| 1/5/2005 | LEB | Receive and study GEICO pleadings | 0.5 | $85.00 | $42.50 |
| 1/6/2005 | LEB | Calls to and from Elaine Loew at Municipal Law regarding service of deposition subpoenas on police officers | 0.2 | $85.00 | $17.00 |
| 1/7/2005 | LEB | Prepare letter and hand deliver to Anchorage Police Dept. and submit 911 call information public request for Sgt. Stouff, calls to Arlene Klaas regarding Witte, Wurst and Honeman depositions | 3.2 | $85.00 | $272.00 |
| 1/10/2005 | LEB | E-mail witness regarding photo; discuss police depositions with Attorney Moody; update records | 0.3 | $85.00 | $25.50 |
| 1/11/2005 | LEB | Subpoenas for service | 0.1 | $85.00 | $8.50 |
| 1/12/2005 | LEB | Call Arlene Klaas and serve subpoenas for Wurst, Honeman and Witte; calls to and from Ms. Klaas regarding Sgt. Rohwer deposition; read Reply to Opposition to Motion to Dismiss | 2.3 | $85.00 | $195.50 |
| 1/13/2005 | LEB | Calls to Arlene Klaas regarding depositions and subpoenas; call from client; call from Joyce Johnson at APD Dispatch regarding documents requested from Sgt. Stouff; report to Attorney Moody regarding call | 0.5 | $85.00 | $42.50 |

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/14/2005 | LEB | Call from Attorney Moody regarding subpoenas; calls from and to APD regarding documents, depositions and subpoenas; fax to Linda at APD Dispatch regarding documents; serve subpoena for Sgt. Rohwer; prepare proof of service and update notes regarding calls | 1.9 | $85.00 | $161.50 |
| 1/17/2005 | LEB | Calls from and to APD regarding depositions and records | 0.4 | $85.00 | $34.00 |
| 1/18/2005 | LEB | Calls to and meet with APD to obtain Dispatch notes and 911 tape; read notes, listen to tape, leave message for witness on 911 tape | 1.8 | $85.00 | $153.00 |
| 1/19/2005 | LEB | Study 911 call notes; compile materials for Witte deposition; prepare for and videotape Witte deposition | 4.8 | $85.00 | $408.00 |
| 1/20/2005 | LEB | Prepare list of Explorer owners for Sgt. Rohwer deposition; serve subpoena on Lt. Honeman; photograph scene; upload and print photos; prepare for and attend Rohwer deposition | 9.1 | $85.00 | $773.50 |
| 2/3/2005 | LEB | Study Anchor Town Sports softball team rosters | 1.5 | $85.00 | $127.50 |
| 2/4/2005 | LEB | Continue studying softball team rosters | 0.7 | $85.00 | $59.50 |
| 2/7/2005 | LEB | Prepare for and videotape Officer Wurst deposition | 2.3 | $85.00 | $195.50 |
| 2/8/2005 | LEB | Prepare for and videotape Lt. Honeman deposition; calls to Honeman regarding delays; call from APD regarding tape of witness interview; calls regarding news coverage of the accident | 3.2 | $85.00 | $272.00 |
| 2/14/2005 | LEB | Call and meet with witness; study photos and videos with witness; report status of softball league information; draft memo | 2.5 | $85.00 | $212.50 |
| 2/16/2005 | LEB | Continue Explorer research; review and print photo of Explorer and police showing Sgt. Rohwer with notebook and pen in hand. | 4.4 | $85.00 | $374.00 |
| 2/17/2005 | LEB | Continue vehicle research, re-expose and resize photos | 0.6 | $85.00 | $51.00 |
| 2/24/2005 | LEB | Study Petroleum League Softball rosters | 0.3 | $85.00 | $25.50 |
| 2/25/2005 | LEB | Continue Explorer research, meet with Parts people at Worthington Ford; meet with tenants and Andy at Terrace on The Lake to obtain information on Elizabeth Paul; e-mail report to Attorney Moody regarding efforts | 4.3 | $85.00 | $365.50 |

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/28/2005 | LEB | Prepare background memo on Amy Yost, meet with Attorney Moody regarding Yost, conduct surveillance at 4200 Northwood Drive and 110 Muldoon Road in attempt to identify Yost | 3.7 | $85.00 | $314.50 |
| 3/1/2005 | LEB | Drive by 4200 Northwood twice; prepare memo regarding surveillance | 0.9 | $85.00 | $76.50 |
| 3/2/2005 | LEB | Report to Attorney Moody regarding Yost | 0.2 | $85.00 | $17.00 |
| 3/9/2005 | LEB | Research explorers; drive by Shock, Sordahl and Yost residences; no activity; additional research regarding Amy Yost | 1.6 | $85.00 | $136.00 |
| 3/10/2005 | LEB | Continue compiling names of Explorer owners; meet with Amy Yost; report to Attorney Moody regarding Yost | 3.6 | $85.00 | $306.00 |
| 3/14/2005 | LEB | Continue compiling list of names for DMV subpoena | 1.4 | $85.00 | $119.00 |
| 3/15/2005 | LEB | Continue Explorer research and meet with Attorney Moody | 0.5 | $85.00 | $42.50 |
| 3/16/2005 | LEB | Continue research of Explorer owners; drive by 2911 W. 42 and 4200 Northwood | 5.9 | $85.00 | $501.50 |
| 3/17/2005 | LEB | Continue compiling list of DMV photos and names to subpoena | 3.7 | $85.00 | $314.50 |
| 3/18/2005 | LEB | Research Explorers; calls to DMV and Public Safety regarding subpoena procedures | 0.6 | $85.00 | $51.00 |
| 3/23/2005 | LEB | Calls to and from Dept. of Public Safety regarding license photos; meet with Attorney Slottee; read and revise subpoena attachment and cover letter | 1.2 | $85.00 | $102.00 |
| 3/25/2005 | LEB | Meet with Attorney Slottee; call DMV; memo regarding contacts with DMV and Public Safety; report to Attorney Slottee | 1.3 | $85.00 | $110.50 |
| 3/29/2005 | LEB | Research records request and call Providence regarding same | 0.3 | $85.00 | $25.50 |
| 4/4/2005 | LEB | Call Kari Hennings regarding refusal of subpoena; report to Attorney Slottee; update notes | 0.4 | $85.00 | $34.00 |
| 4/6/2005 | LEB | Prepare outline for preparation of Affidavit | 1 | $85.00 | $85.00 |
| 4/11/2005 | LEB | Call and letter forwarding court order to DMV per Attorney Moody instructions | 0.6 | $85.00 | $51.00 |
| 4/12/2005 | LEB | Resize and print photos for Fred Boness; read correspondence to Attorney Boness regarding Sgt. Rohwer | 0.5 | $85.00 | $42.50 |

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/15/2005 | LEB | Record excerpts of Rohwer deposition regarding notes and notebooks | 2.4 | $85.00 | $204.00 |
| 4/21/2005 | LEB | Call and interview Joann Adcock, report to Attorney Moody and prepare memo regarding call | 0.6 | $85.00 | $51.00 |
| 4/26/2005 | LEB | Read Rohwer transcript | 0.1 | $85.00 | $8.50 |
| 4/27/2005 | LEB | Review Rohwer video and check transcript against audio | 4 | $85.00 | $340.00 |
| 4/28/2005 | LEB | Surveillance of 1995 tan Explorer at mid-town Wal-Mart | 1.3 | $85.00 | $110.50 |
| 5/4/2005 | LEB | Photograph accident scene in anticipation of alterations to Northwood intersection | 1.4 | $85.00 | $119.00 |
| 5/11/2005 | LEB | Hand deliver Sgt. Rohwer deposition excerpt to Municipal Attorney's office | 0.4 | $85.00 | $34.00 |
| 5/26/2005 | LEB | Research Ford Explorer | 0.1 | $85.00 | $8.50 |
| 6/14/2005 | LEB | Research regarding Amanda Torres; obtain Torres court files; prepare background memo regarding Torres | 3.3 | $85.00 | $280.50 |
| 6/15/2005 | LEB | Research regarding Amanda Torres; update background memo; report to Attorney Moody; work on Powerpoint slides of accident scene | 5.5 | $85.00 | $467.50 |
| 6/16/2005 | LEB | Follow up research at court regarding Amanda Torres; read correspondence to and from attorney regarding DMV records | 0.4 | $85.00 | $34.00 |
| 6/17/2005 | LEB | Research intersection | 4 | $85.00 | $340.00 |
| 6/27/2005 | LEB | Research regarding Amanda Torres, and Sgt. Lee Rohwer | 6.4 | $85.00 | $544.00 |
| 7/11/2005 | LEB | Call from client and report to Attorney Moody; calls from and to witness's mother; leave voicemail for Annette Funk | 0.8 | $85.00 | $68.00 |
| 7/12/2005 | LEB | Correspond with witness; update witness list | 0.4 | $85.00 | $34.00 |
| 8/17/2005 | LEB | Prepare DMV driving and vehicle registration releases; prepare aerial and APD photos for use at deposition | 2.8 | $85.00 | $238.00 |
| 8/18/2005 | LEB | Prepare, and compile photos for, and videotape Amanda Torres deposition; call witness; research intersection | 4.7 | $85.00 | $399.50 |



Exhibit  11-A
Page  8  of  9  Pages

## DUNST ATTORNEY'S FEES - DECLARATORY JUDGMENT

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/19/2005 | LEB | Prepare Torres deposition exhibits and letter to Attorney Sisson; research intersection | 3 | $85.00 | $255.00 |
| 8/23/2005 | LEB | Research Torres traffic history; research intersection | 1.9 | $85.00 | $161.50 |
| 8/26/2005 | LEB | Complete form and letter to DMV regarding Torres records | 0.2 | $85.00 | $17.00 |
| 8/31/2005 | LEB | Research intersection | 2.6 | $85.00 | $221.00 |
| 10/6/2005 | LEB | Read letter to defense counsel and correct attachment | 0.2 | $85.00 | $17.00 |
| 10/7/2005 | LEB | Study Torres DMV records and place long call to DMV regarding missing driving records | 0.5 | $85.00 | $42.50 |
| 10/10/2005 | LEB | Travel to Division of Motor Vehicles to obtain Amanda Torres driving record | 0.8 | $85.00 | $68.00 |

Total Fees for Lew E. Baker: 157.15    $13,357.75

Total Fees For Christopher J. Slottee:    $13,101.00
Total Fees for Lew E. Baker:    $13,357.75

Total Fees:    $26,458.75