W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) | Case No. A04-0272 CV (JWS) |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER** |
| vs. | ) ) | |
| GARY DUNST | ) ) | |
| Defendant. | ) ) | |

   The Court, having considered Defendant Gary Dunst's Motion for Attorney's Fees, any opposition thereto, and being fully advised,

   IT IS HEREBY ORDERED that Defendant Gary Dunst's Motion for Attorneys' Fees is GRANTED.  Defendant Gary Dunst shall recover attorney's fees in the amount of $_____ against Plaintiff Government Employees Insurance Company.

This award of attorney's fees in excess of the 20% minimum provided for by Alaska Civil Rule 82(b)(2) is justified because of the unreasonable conduct of Plaintiff Government Employees Insurance Company in this litigation.  See Alaska Civil Rule 82(b)(3).  The unreasonable conduct included, but was not limited to, misrepresenting facts in order to assert that Defendant Gary Dunst's policies did not stack under Alaska law, failing to complete a thorough investigation prior to filing suit, and asserting that Defendant Gary Dunst was not entitled to UM/UIM coverage under his umbrella policy when the Alaska Supreme Court had clearly ruled to the contrary there years before Government Employees Insurance Company took that position.

DATED this _____ day of _____, 2006.

By_____
Honorable John W. Sedwick
United States District Court Judge

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By       s/ Christopher J. Slottee