AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _Alaska_

GOVERNMENT EMPLOYEES
INSURANCE COMPANY

V.

GARY DUNST

**BILL OF COSTS**

Case Number: A04-0272CV (JWS)

Judgment having been entered in the above entitled action on _____ against __Plaintiff__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | 50.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,420.10 |
| Fees and disbursements for printing | _____ |
| Fees for witnesses (itemize on reverse side) | 37.50 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 373.69 |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) | _____ |
| TOTAL | $ 1,891.29 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Kenton Robinson__

Signature of Attorney: _[signature]_

Name of Attorney: __Christopher J. Slottee__

For: __Gary Dunst__
Name of Claiming Party

Date: __1/27/06__

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Greg Witte, Officer<br>4501 S. Bragaw St.<br>Anc., AK | 1/2 | 12.50 | | | | | 12.50 |
| Robert Wurst, Officer<br>4501 S. Bragaw St.<br>Anc., AK | 1/2 | 12.50 | | | | | 12.50 |
| AnchorTown Sports<br>c/o Robert Thwing<br>3358 Monticello Ct.<br>Anc., AK | 1/2 | 12.50 | | | | | 12.50 |
| | | | | | | TOTAL | 37.50 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

## Process Server

| Date | Vendor/Item | Amount |
|---|---|---|
| 07/26/05 | North Country, Serve Amanda Torres on 7/4/05 | $50.00 |

## Witness Fees

| Date | Vendor/Item | Amount |
|---|---|---|
| 01/14/05 | Greg Witte | $12.50 |
| 01/14/05 | Robert Wurst | $12.50 |
| 01/27/05 | Anchor Town Sports | $12.50 |
| | | $ 37.50 |

## Court Reporter

| Date | Vendor/Item | Amount |
|---|---|---|
| 02/04/05 | Midnight Sun, Lee Rohwer Depo | $142.50 |
| 02/08/05 | Midnight Sun, Paul Honeman Depo | $45.00 |
| 03/02/05 | Midnight Sun, Greg Witte Depo | $97.50 |
| 03/02/05 | Midnight Sun, Robert Wurst Depo | $45.00 |
| 8/12/05 | Midnight Sun, Transcribe Rohwer Depo | $166.65 |
| 08/12/05 | Midnight Sun, Transcribe Honeman Depo | $103.95 |
| 08/12/05 | Midnight Sun, Transcribe Witte Depo | $125.30 |
| 08/30/05 | Midnight Sun, Amanda Torres Depo | $135.00 |
| 10/14/05 | Midnight Sun, Transcribe Torres Depo | $559.20 |
| | | $1,420.10 |

## Outside Photocopies

| Date | Vendor/Item | Amount |
|---|---|---|
| 11/23/04 | Anchorage Bar Assn., Law Library | $10.71 |
| 08/25/05 | A-1 Duplicating | $7.68 |
| 08/25/04 | Ak. Division of Motor Vehicles, Torres Records | $10.00 |
| | | $ 28.39 |

Memo: Cost Bill
Dunst/Torres
81969/7443.1

2

## Inside Photocopies

| Date | Vendor/Item | Amount |
|---|---|---|
| 08/31/04 | Photocopies | $6.40 |
| 09/30/04 | Photocopies | $1.60 |
| 09/30/04 | Photocopies | $13.00 |
| 10/29/04 | Photocopies | $21.20 |
| 11/30/05 | Photocopies | $.60 |
| 11/30/04 | Photocopies | $31.60 |
| 12/30/04 | Photocopies | $9.40 |
| 12/30/04 | Photocopies | $55.40 |
| 01/31/05 | Photocopies | $5.00 |
| 02/28/05 | Photocopies | $.40 |
| 02/28/05 | Photocopies | $78.80 |
| 03/31/05 | Photocopies | $33.20 |
| 04/29/05 | Photocopies | $3.20 |
| 04/29/05 | Photocopies | $.40 |
| 05/31/05 | Photocopies | $8.80 |
| 06/30/05 | Photocopies | $19.20 |
| 06/30/05 | Photocopies | $8.00 |
| 07/29/05 | Photocopies | $4.20 |
| 07/29/05 | Photocopies | $.60 |
| 08/31/05 | Photocopies | $9.20 |
| 08/31/05 | Photocopies | $3.40 |
| 08/31/05 | Photocopies | $3.20 |
| | Total: | $ 316.80 |

## Miscellaneous

| Date | Vendor/Item | Amount |
|---|---|---|
| 09/30/04 | APD, Report Copy Fee | $6.00 |
| 01/18/05 | APD 911 Tape and notes | $24.50 |
| 06/21/05 | State of Ak, as-built drawings | $8.00 |
| | | $ 38.50 |

81969/7443.1

Memo: Cost Bill
Dunst/Torres
81969/7443.1

3

# RETURN OF SERVICE

Case Number: 3AN-05-9148 CI

GARY D. DUNST
    Plaintiff(s),

vs.

AMANDA L. TORRES
    Defendant(s).

I certify that on 7/4/2005, at 6:25 PM, I served the following documents:

SUMMONS AND COMPLAINT

upon the therein named AMANDA L. TORRES at 7721 STANLEY, ANCHORAGE, ALASKA, by handing and leaving a true and correct copy with AMANDA L. TORRES.

_____
ABBIE DILLER
Civilian Process Server

SUBSCRIBED AND SWORN to before me this July 06, 2005

_____
Notary Public in and for the State of Alaska
My Commission Expires: 3/5/2009

| | |
|---|---|
| Client: | ATKINSON, CONWAY & GAGNON, INC. |
| Client Contact: | JONI |
| File Number: | 7443.1 |

Service Fee: $35.00
Mileage Fee: $15.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

TOTAL: $50.00

NCPI@alaska.net

Return No.: 46134

OK to pay jo
7443.1

ATKINSON, CONWAY & GAGNON

# CHECK REQUISITION

|  |  |  | **Need By:** | Date: | 1/10/05 | Time: | 4:00 pm |
|---|---|---|---|---|---|---|---|
| Date: | 1/7/2005 | Requested By: | Joni | Attorney: | WMM | Amount: $ | 12.50 |

Payable To:   Officer Robert Wurst          Payee's S.S. # or Tax I.D.:

Address:     Anchorage Police Department, 4501 S Bragaw Street, Anchorage, AK

Charge To:

Client/Matter Name:   Dunst/Unknown     Client/Matter #:   7443.1     Trust Account Check ☐

Firm Charge Explanation (Include names of
persons entertained and business discussed):

### Disbursement Codes (Client Billing)

| Code | | Description | Code | | Description |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☒ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☐ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:
(As Shown on Billing)

Check #: _____   Check Date: _____       Mail From Accounting: ☐ Yes   ☒ No

# ATKINSON, CONWAY & GAGNON

## CHECK REQUISITION

**ATKINSON, CONWAY & GAGNON, INC.**
A PROFESSIONAL CORPORATION
SUITE 500
ANCHORAGE, ALASKA 99501

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
JEROME H. JUDAY
DANIEL T. FITZGERALD
CHRISTOPHER J. SLOTTEE

OF COUNSEL:
JOHN M. CONWAY
KENNETH R. ATKINSON

TELEPHONE: (907) 276-1700
TELECOPIER/FACSIMILE: (907) 272-2082

Need By: Date: 1/10/05    Time: 4:00 pm

Date: 1/7/2005    Requested By: Joni    Attorney: WMM    Amount: $12.50

**Payable To:** Officer Greg Witte    Payee's S.S. # or Tax I.D.:
**Address:** Anchorage Police Department, 4501 S Bragaw Street, Anchorage, AK

Charge To:
**Client/Matter Name:** Dunst/Unknown    **Client/Matter #:** 7443.1    Trust Account Check ☐

Firm Charge Explanation (Include names of persons entertained and business discussed):

### Disbursement Codes (Client Billing)

| Code | | Description | Code | | Description |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☒ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket) | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☐ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:
(As Shown on Billing)

Check #: _____    Check Date: _____    Mail From Accounting: ☐ Yes ☒ No

ATKINSON, CONWAY & GAGNON

# CHECK REQUISITION

**Need By:** Date: 2/3/5   Time: ASAP

Date: 2/3/2005   Requested By: jfm   Attorney: cjs   Amount: $ 12.50

Payable To: Anchor Town Sports Association   Payee's S.S. # or Tax I.D.:

Address: 3600 Arctic Boulevard
Anchorage

Charge To:

Client/Matter Name: ,Dunst   Client/Matter #: 7443.1   Trust Account Check ☐

Firm Charge Explanation (Include names of persons entertained and business discussed): Witness Fee

## Disbursement Codes (Client Billing)

| # | | Description | # | | Description |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☒ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☐ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☐ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description: Witness Fee
(As Shown on Billing)

Check #: _____   Check Date: _____   Mail From Accounting: ☐ Yes   ☐ No

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED BY MAIL
JAN 26 2005
ATKINSON, CONWAY & GAGNON, INC.

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 1/25/2005 | 1/25/2005 | 38551 |
| | TERMS: | Net Receipt | |

| CASE: | Gary D. Dunst, Petitioner | | DEPONENT: | Sgt. Lee Rohwer, Vol. I | |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Regular Attendance | | 1.5 | 1/20/2005 | MV | 67.50 |
| Attendance After Normal Business Hours | | 1.25 | 1/20/2005 | MV | 75.00 |

Hold Transcript

TOTAL   $142.50

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501      REFERENCE:      ATKINSON/Moody/Rohwer;#38551
(907) 258-7100
Tax ID #81-0620452

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 2/15/2005 | 2/15/2005 | 38593 |
| | | TERMS: | Net Receipt |

CASE:   Gary D. Dunst, Petitioner          DEPONENT:   Lt. Paul Honeman, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 1 | 2/8/2005 | MV | 45.00 |

Hold Transcript

CORRECTED INVOICE - PLEASE PAY
FROM THIS INVOICE. THANK YOU.

RECEIVED BY MAIL
MAR 0 4 2005
ATKINSON, CONWAY & GAGNON, INC.

n4431

TOTAL     $45.00

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501     REFERENCE:     ATKINSON/Moody/Honeman;#38593
(907) 258-7100
Tax ID #81-0620452

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 2/22/2005 | 2/22/2005 | 38607 |
| | TERMS: | Net Receipt | |

| CASE: | Gary D. Dunst, Petitioner | DEPONENT: | Gregory Ty Witte, Vol. I | |
|---|---|---|---|---|
| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Regular Attendance | 1.5 | 1/19/2005 | MV | 67.50 |
| Attendance After Normal Business Hours | 0.5 | 1/19/2005 | MV | 30.00 |

Hold Transcript

RECEIVED BY MAIL
FEB 2 8 2005
ATKINSON, CONWAY & GAGNON, INC.

74431

TOTAL   $97.50

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

## ...ght Sun C..rt Reporters

... West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 2/8/2005 | 2/8/2005 | 38589 |

TERMS: Net Receipt

| CASE: | Gary D. Dunst, Petitioner | | DEPONENT: | | Robert J. Wurst |
|---|---|---|---|---|---|
| DESCRIPTION | | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| Regular Attendance | | 1 | 2/1/2005 | SW | 45.00 |
| Hold Transcript | | | | | |

RECEIVED BY MAIL
FEB 1 4 2005
ATKINSON, CONWAY & GAGNON, INC.

TOTAL   $45.00

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 8/2/2005 | 8/2/2005 | 39058 |
| | | TERMS: | Net Receipt |

CASE:   Gary D. Dunst, Petitioner                    DEPONENT:   Sgt. Lee Rohwer, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 101 | 1/20/2005 | MV | 166.65 |
| Delivery: Courier Service Fees | | 7/29/2005 | BJS | |



Dunst
7443.1

TOTAL   $166.65

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 8/2/2005 | 8/2/2005 | 39060 |
| | TERMS: | Net Receipt | |

| CASE: | Gary D. Dunst, Petitioner | DEPONENT: | | Lt. Paul Honeman, Vol. I |
|---|---|---|---|---|
| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
| One Copy of Transcript | 63 | 2/8/2005 | MV | 103.95 |
| Delivery: Courier Service Fees | | 7/28/2005 | BJS | |

7443.1

TOTAL $103.95

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

## ...dnight Sun Court Reporters

...11 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 8/2/2005 | 8/2/2005 | 39056 |
| | TERMS: | Net Receipt | |

CASE: Gary D. Dunst, Petitioner          DEPONENT: Gregory Ty Witte, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| One Copy of Transcript | 72 | 1/19/2005 | MV | 118.80 |
| Delivery: Courier Service Fees<br>Reference #360588 (Transcript Copy) | 1 | 7/29/2005 | BJS | 6.50 |

RECEIVED
AUG 0 3 2005
ATKINSON, CONWAY
& GAGNON, INC.

7443:1

TOTAL   $125.30

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 8/23/2005 | 8/23/2005 | 39094 |

TERMS: Net Receipt

CASE: Dunst vs Amanda L. Torres            DEPONENT: Amanda L. Torres, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 3 | 8/18/2005 | MV | 135.00 |

Hold Transcript

RECEIVED BY MAIL
AUG 2 4 2005
ATKINSON, CONWAY & GAGNON, INC.

TOTAL    $135.00

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED BY MAIL
SEP 2 8 2005
ATKINSON, CONWAY & GAGNON, INC.

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Atkinson, Conway & Gagnon, Inc.<br>Attn: Michael W. Moody<br>420 L Street, 5th Floor<br>Anchorage, AK 99501-1989 | 9/27/2005 | 9/27/2005 | 39200 |

TERMS: Net Receipt

CASE: Dunst vs Amanda L. Torres            DEPONENT: Amanda L. Torres, Vol. I

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 134 | 8/18/2005 | MV | 522.60 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360884 (Transcript Original & Copy) | 1 | 9/2/2005 | BJS | 6.50 |
| Exhibits | 8 | 9/2/2005 | BJS | 3.60 |

TOTAL    $559.20

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

Dunst - 7443.1

TKINSON, CONWAY & GAGNO

# CHECK REQUISITION

**Need By:** Date: 8/26    Time: 2pm

Date: 8/25/2005    Requested By: LEB    Attorney: WMM    Amount: $ 10.00

Payable To: State of Alaska      Payee's S.S. # or Tax I.D.:
Address: 1300 W. Benson Blvd., Suite 200, Anc., AK 99503-3600

Charge To:

Client/Matter Name: Dunst    Client/Matter #: 7443.1    Trust Account Check ☐

Firm Charge Explanation (Include names of persons entertained and business discussed):

### Disbursement Codes (Client Billing)

| Code | | Description | Code | | Description |
|---|---|---|---|---|---|
| 97 | ☐ | Outside Law Firm Photocopies | 295 | ☐ | Witness Fees |
| 105 | ☐ | Computerized Legal Research | 305 | ☐ | Appraisal Fee |
| 120 | ☐ | Courier | 310 | ☐ | Certified Copies |
| 130 | ☐ | Postage | 400 | ☐ | Owner's Policy |
| 140 | ☐ | Travel (Airfare, Car Rental) | 405 | ☐ | Charge For Crying Sale |
| 145 | ☐ | Travel (Lodging, Meals, Out-of-Pocket | 410 | ☐ | Personal Service Fees |
| 150 | ☐ | Depositions | 415 | ☐ | Post Sale Recording Cost |
| 205 | ☐ | Court Costs | 420 | ☐ | Posting Notice of Sales |
| 210 | ☐ | Court Reporter Fees | 425 | ☐ | Postponement |
| 215 | ☐ | Exhibits Preparation | 430 | ☐ | Publications |
| 225 | ☐ | Filing Fees | 435 | ☐ | Recording Notice of Default |
| 230 | ☐ | Telecopies | 440 | ☐ | Trustee's Fees |
| 232 | ☐ | Marshal Fees | 445 | ☐ | Title Search |
| 235 | ☐ | Medical Records | 450 | ☐ | Cost Bond |
| 240 | ☒ | Miscellaneous (Describe Below) | 455 | ☐ | Certified Mailing |
| 245 | ☐ | Package Express Services | 460 | ☐ | Trustee Sale Guaranty |
| 250 | ☐ | Mileage, Parking, Taxi | 465 | ☐ | Record Rescission |
| 255 | ☐ | Photocopying Services | 466 | ☐ | Client Overpayment |
| 260 | ☐ | Photography | 467 | ☐ | Registration Fees |
| 270 | ☐ | Process Service Fees | 470 | ☐ | Recording Notice To Quit |
| 272 | ☐ | Recording Fees | 471 | ☐ | Legal Aid |
| 275 | ☐ | Research Fees | 900 | ☐ | Expense Reimbursement |
| 280 | ☐ | Temporary/Contract Labor | 902 | ☐ | Rental Fee |
| 285 | ☐ | Investigative Services | 903 | ☐ | Books |
| 290 | ☐ | Consultation Fees | | | |

Client Disbursement Description:    Research and copy fee for Torres driving record and vehicle
(As Shown on Billing)    registration

Check #: _____    Check Date: _____    Mail From Accounting: ☐ Yes    ☒ No

ATKINSON, CONWAY & GAGNON,

State of Alaska - Department of Motor Vehicles

41026

| Date | Invoice | Invoice Amount | Amount Paid |
|---|---|---|---|
| 08/25/2005 | 8/25/2005 | 10.00 | 10.00 |
| | 7443.1 Photocopies - WMM | | |

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

M02SF019791

# ASJ Duplicating Service, LLC

4201 B Street
Anchorage Alaska 99503

Phone: 907-561-0517
Fax: 907-561-0518

# CUSTOMER INVOICE

| Date | Invoice No. |
|---|---|
| 8/18/2005 | 25858 |

| Ship To: | Ship To |
|---|---|
| Atkinson Conway & Gagnon, Inc<br>420 L Street<br>Suite 500<br>Anchorage, Alaska 99501 | Atkinson Conway & Gagnon, Inc<br>420 L Street<br>Suite 500<br>Anchorage, Alaska 99501 |

*Durst*

| | | Client | Terms |
|---|---|---|---|
| | | 7443.1 | Due on receipt |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Auto Copies | Auto Fed Copies | 2 | 0.09 | 0.18 |
| Color 8.5 x 11 | Standard Color Copies | 6 | 1.25 | 7.50 |

X Attn: Lew

*ok to pay*

RECEIVED BY _____

DATE _____

All work is complete!

**Total** $7.68

Remit Payment to 4201 B Street
Anchorage, Alaska 99503