W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) | Case No. A04-0272 CV (JWS) |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER** |
| vs. | ) ) | |
| GARY DUNST | ) ) | |
| Defendant. | ) ) | |

The Court, having considered Defendant Gary Dunst's Motion for Costs, any opposition thereto, and being fully advised,

IT IS HEREBY ORDERED that Defendant Gary Dunst's Motion for Costs is GRANTED. Defendant Gary Dunst shall recover costs in the amount of $_____ from Plaintiff Government Employees Insurance Company.

DATED this _____ day of _____, 2006.

By_____
Honorable John W. Sedwick
United States District Court Judge

I certify that on January 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By _____s/ Christopher J. Slottee_____