Mark E. Wilkerson
Kenton L. Robinson
310 K Street, Suite 405
Anchorage, Alaska 99501
P: 907-276-5297
F: 907-276-5291
Attorneys for Plaintiff GEICO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GARY DUNST, )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0272 CV (JWS) |

**OPPOSITION TO MOTION FOR COSTS**

Dunst has submitted a Motion for Costs, including a cost bill, pursuant to 28 U.S.C. Section 1920.  But, the costs submitted are from an Alaska Superior Court matter captioned Dunst v. Unknown, Case No. 3AN-04-12720 CI and the later action of Dunst v. Torres, Case No. 3AN-05-09148 CI.  GEICO was not a party to either action, nor was GEICO notified of, or invited to participate in, the activities before the state court.

It is within the sound discretion of a trial court to modify or deny requests for taxation of costs.  Welsch v. Likins, 68 F.R.D. 589 (D.C. Minn. 1975), affirmed 525 F.2d 987; Hill v. Gonzalez, 53 F.R.D. 1 (D.C. Minn. 1971).

Dunst chose to forego the U.S. District Court, and its power to issue subpoenas for his own reasons. Dunst's costs are recoverable in the state court actions, not here.

Furthermore, Dunst was not the prevailing party in the only matter actually litigated before this court. For analysis of GEICO's position, see GEICO's Opposition to Motion for Attorney's Fees filed simultaneously with this opposition.

## **CONCLUSION**

None of the costs submitted were incurred in this action. They all were incurred in state court actions to which GEICO was not a party. Separately, because Dunst was not the prevailing party on any matter litigated before this court, he is not entitled to costs.

DATED this 13th day of February 2006.

                      WILKERSON, HOZUBIN & BURKE
                      Attorneys for Plaintiff


                      BY: s/Mark E. Wilkerson
                          Mark E. Wilkerson
                          310 K Street, Suite 405
                          Anchorage, Alaska 99501
                          P: 907-276-5297
                          F: 907-276-5291
                          Email: mark@wilkersonlaw.net
                          AK Bar No. 8310157

3

        WILKERSON, HOZUBIN & BURKE

        BY: s/Kenton L. Robinson
            Kenton L. Robinson
            310 K Street, Suite 405
            Anchorage, Alaska 99501
            P: 907-276-5297
            F: 907-276-5291
            Email: kent@wilkersonlaw.net
            AK Bar No. 0410056

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February 2006, a true and correct copy of the foregoing was electronically mailed to the following:

W. Michael Moody, Esq.
420 L Street, Suite 500
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By:   s/Kenton L. Robinson
2000/264/plead/Costs Opp2