```
Mark E. Wilkerson
Kenton L. Robinson
310 K Street, Suite 405
Anchorage, Alaska 99501
P: 907-276-5297
F: 907-276-5291
Attorneys for Plaintiff GEICO
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>GARY DUNST,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0272 CV (JWS) |

**PLAINTIFF'S TABLE OF CONTENTS OF EXHIBITS**

EXHIBIT A:   October 14, 2004 correspondence from W. Michael Moody to Tamara Swindler;

EXHIBIT B:   October 15, 2004 correspondence from W. Michael Moody to Tamara Swindler;

EXHIBIT C:   November 12, 2004 correspondence from Mark Wilkerson to W. Michael Moody;

EXHIBIT D:   November 9, 2005 correspondence from Mark Wilkerson to W. Michael Moody;

EXHIBIT E:   August 3, 2005 correspondence from Mark Wilkerson to W. Michael Moody;

<u>EXHIBIT F</u>:   Order from Chambers lodged March 1, 2005, Docket 16;

<u>EXHIBIT G</u>:   Transcript of answering machine message left by Officer Witte to GEICO;

<u>EXHIBIT H</u>:   March 15, 2005 correspondence from Mark Wilkerson to W. Michael Moody;

<u>EXHIBIT I</u>:   December 3, 2004 correspondence from Mark Wilkerson to W. Michael Moody.

DATED this 13th day of February 2006.

WILKERSON, HOZUBIN & BURKE
Attorneys for Plaintiff


BY: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    P: 907-276-5297
    F: 907-276-5291
    Email: mark@wilkersonlaw.net
    AK Bar No. 8310157

WILKERSON, HOZUBIN & BURKE


BY: s/Kenton L. Robinson
    Kenton L. Robinson
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    P: 907-276-5297
    F: 907-276-5291
    Email: kent@wilkersonlaw.net
    AK Bar No. 0410056

**CERTIFICATE OF SERVICE**

I hereby certify that on the
13th day of February 2006, a true
and correct copy of the foregoing
was electronically mailed to the following:

W. Michael Moody, Esq.
420 L Street, Suite 500
Anchorage, AK  99501

WILKERSON, HOZUBIN & BURKE

By:   s/Kenton L. Robinson
2000/264/plead/Fee Exh Table of Contents