F 4403
09886

LAW OFFICES OF
## ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
JEROME H. JUDAY
DANIEL F. FITZGERALD
CHRISTOPHER J. SLOTTEE

TELEPHONE:
(907) 276-1700

TELECOPIER/FACSIMILE:
(907) 272-2082

OF COUNSEL
JOHN M. CONWAY
KENNETH R. ATKINSON

October 14, 2004

Ms. Tamara Swindler
Claims Examiner
GEICO
One GEICO West
Box 509090
San Diego, CA 92150-9090

Re:   Insured: Gary Dunst
      Claim No. 0093170860106086/J886
      D/L: 6/3/04

Dear Ms. Swindler:

   This firm has been retained to represent Gary Dunst in connection with the injuries he received in the motorcycle accident of June 3, 2004. Please address all further correspondence or enquiries to the undersigned.

   Mr. Dunst has provided me with a copy of your letter to him dated September 16, 2004. In that letter GEICO purports to reserve its rights to deny coverage under Mr. Dunst's motorcycle policy, citing the hit and run provision of the UM/UIM coverage.

   We do not understand GEICO's position. As you and GEICO are well aware, the driver who caused Gary's injuries did not hit and run. She did not leave the scene of the accident. To the contrary, she remained at the scene while the policemen did their investigation. She spoke with witnesses and presumably with a policeman. According to representatives of the Anchorage Police Department, the problem is that each of the policemen thought someone else was documenting who she was. Their failure to do so, however, does not turn her into a hit and run driver.

   Under these facts, we believe that GEICO's reservation of rights is not only unfounded but also unreasonable. We request that GEICO withdraw this reservation of rights. If you refuse to do so, despite the clear fact that this woman was not a hit and run driver, please set forth in detail the basis for GEICO's reservation. In addition, please advise as to all investigation GEICO has done to attempt to locate and identify this adverse driver.

Exhibit A
Page 1 of 2

Ms. Tamara Swindler
October 14, 2004
Page 2

        We look forward to a prompt response.

                        Very truly yours,

                        ATKINSON, CONWAY & GAGNON

                        By _[signature]_
                             W. Michael Moody

WMM/jga
cc:    Gary Dunst
74167/7443.1

2004 OCT 19 AM 0:48

Exhibit A
Page 2 of 2