**LAW OFFICES OF**

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
JEROME H. JUDAY
DANIEL F. FITZGERALD
CHRISTOPHER J. SLOTTEE

## ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501

TELEPHONE:
(907) 276-1700

TELECOPIER/FACSIMILE:
(907) 272-2082

OF COUNSEL
JOHN M. CONWAY
KENNETH R. ATKINSON

October 15, 2004

Ms. Tamara Swindler
Claims Examiner
GEICO
One GEICO West
Box 509090
San Diego, CA 92150-9090

Re:    Insured:  Gary Dunst
       Claim No. 0093170860106086/J886
       D/L:  6/3/04

Dear Ms. Swindler:

As we previously advised you, this firm represents Gary Dunst in connection with injuries he received in the motorcycle accident of June 3, 2004.

This letter is notice to GEICO that Mr. Dunst is making a claim for UM/UIM benefits under all applicable GEICO policies. Pursuant to 3 AAC 26.060(1), please advise as to all policies that may provide coverage to Mr. Dunst. In addition, please provide certified copies of all of Mr. Dunst's policies that provide motor vehicle liability coverage.

If GEICO requires completion of a proof of loss, please provide a copy of the form.

Very truly yours,

ATKINSON, CONWAY & GAGNON

By
W. Michael Moody

WMM/jga
cc:    Gary Dunst
74168/7443.1