

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office: GEICO Direct ■ PO Box 509119 ■ San Diego, CA 92150-9119

# FAX CENTRAL COVER SHEET

**Date:** 01/26/2006

**To:** Mark Wilkerson          **Attn:**

**Fax Number:** 907-276-5291

**Your Claim/Account Number:**    009317086-0106-086

**GEICO Claim Number:**    Dunst Vs GEICO

**Company:**    GEICO General Insurance Company

**Number of pages including Cover Page:** 2

**Comments:**

Attached is the transcribed phone message from Trooper White.

**From:**    Lon Grothen          **Examiner Code:** J356

**Phone:**    800-654-5896 XT. 5664    **Direct Line:** 858-513-5664

**Fax:**    858-513-5905

**Rush Fax:**   No      **Time Needed:**    :  AM    **Time Sent:**

Shareholder Owned Companies Not Affiliated With The U.S. Government

C.A.            Claim #: 009317086 0106 086/J356                                    1

NOTE: Recorded on an answering machine.

Hi, this is ... returning your phone call, um, we talked before, nothing has changed, um, the reason the person, we don't have the person's information ... um, ... trying to do it... look up this information but we don't have ... amount of ... she didn't receive a citation because she was not involved in the collision at all. Uh, the witnesses is here saying that that vehicle was not involved, didn't cut the driver off, um, it was traveling down the road the same as the motorcycle and the motorcycle locked brakes up for some reason and dumped the bike and um, so, the photos that we have ... of that vehicle because it was not involved, we don't have that information currently, um, we were trying to find it but so far we have not been able to. If you have any um, response to this or if you have any questions, you can call Sergeant Laura at the Anchorage Police Department.

END RECORDED STATEMENT

TRANSCRIBED BY:        N/A:ca

REQUESTED BY:          J356

DATE TRANSCRIBED:      January 26, 2006