# WILKERSON, HOZUBIN & BURKE
310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
DANA S. BURKE
SUSAN D. MACK
WALLACE H. TETLOW

Telephone (907) 276-5297
Facsimile (907) 276-5291

March 15, 2005

W. Michael Moody, Esq.
420 L Street, Suite 500
Anchorage, AK   99501

Re:  *GEICO v. Dunst*
     Case No.:  A04-0272 CV (JWS)
     Our File No.:  2000.264

Dear Mr. Moody:

I am very pleased to report that, through its continuing investigation, GEICO believes it may have identified the unknown driver involved in Mr. Dunst's accident.  Her name is Elizabeth Truax aka Elizabeth Paul.  Her Social Security number is 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.  Her date of birth is 12-16-78.  Our best information is that she is presently in the Air Force, and last assigned to Intelligence at Misawa Air Base City, Japan.  Thus far, GEICO has not been able to communicate with Ms. Truax to confirm that she was involved, but GEICO will continue its efforts in that regard.

I urge you and your investigative team to work cooperatively with GEICO to attempt to confirm that Ms. Truax indeed was the driver involved.  There is an Elizabeth Truax with a matching Social Security number who has or has had GEICO liability insurance.  I have asked the UIM adjuster, Tamara Swindler, to put a liability adjuster on notice of the potential for a liability claim against Ms. Truax.  As soon as that adjuster is assigned, I will provide you with that individual's information so that you can establish contact independently.

If we can, by working together, confirm that Ms. Truax was the involved adverse driver within the time frame set by the federal court, I will recommend dismissing the declaratory action as moot.  If we are unable to confirm Ms. Truax's

W. Michael Moody, Esq.
March 15, 2005
Page 2

involvement within the time frame set by the federal court, I suggest we stipulate to extend the stay until we do confirm one way or the other.

    I am out of the office dealing with the death of my father at the moment, but I am responding to emails and important telephone calls within 24 hours of receiving them. If you need to speak with me immediately, please contact Megan Follett at my office and give her a couple of times when you would be available and I will call you back. I remain open to all reasonable suggestions.

                                       Very Truly Yours,

                                       WILKERSON, HOZUBIN & BURKE

                                       Mark E. Wilkerson

MEW/mlf
2000/264/corresp/Moody.006