```
Mark E. Wilkerson
Kenton L. Robinson
310 K Street, Suite 405
Anchorage, Alaska 99501
P: 907-276-5297
F: 907-276-5291
Attorneys for Plaintiff GEICO
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,  )<br>)<br>       Plaintiff,   )<br>)<br>   vs.         )<br>)<br>GARY DUNST,        )<br>)<br>       Defendant.  )<br>_____) | Case No. A04-0272 CV (JWS) |

**[PROPOSED] ORDER RE: MOTION FOR ATTORNEY'S FEES**

UPON CONSIDERATION of Defendant Dunst's Motion for Attorney's Fees, and GEICO's Opposition thereto, it is hereby;

ORDERED that Dunst's Motion for Attorney's Fees is DENIED as Dunst was not the prevailing party in the issue litigated before this Court.

DATED this _____ day of _____, 2006.

_____
Honorable John W. Sedwick
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on the
13th day of February 2006, a true
and correct copy of the foregoing
was electronically mailed to the following:

W. Michael Moody, Esq.
420 L Street, Suite 500
Anchorage, AK  99501


WILKERSON, HOZUBIN & BURKE

By:   s/Kenton L. Robinson
2000/264/plead/Fees-Order