W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> GARY DUNST <br><br> Defendant. | Case No. A04-0272 CV (JWS) <br><br> **AFFIDAVIT OF CHRISTOPHER J. SLOTTEE** |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

    Christopher J. Slottee, being first duly sworn upon his oath, deposes and says:

    1.    I am counsel for Defendant Gary Dunst in this matter and have personal knowledge of the facts stated herein.

    2.    This affidavit is made in support of Defendant Gary Dunst's Reply to GEICO's Opposition to Defendant's Motion for Costs.

3.  The following exhibits are true and correct copies of the originals:

**Exhibit #1:** Verified Petition for Order Allowing Depositions Before Actions.

DATED this 24th day of February, 2006.

_____
Christopher J. Slottee

SUBSCRIBED AND SWORN TO before me this 24th day of February, 2006.

OFFICIAL SEAL
State of Alaska
JONELLE G. ANGLETON
NOTARY PUBLIC

_____
Notary Public in and for Alaska
My Commission Expires: 4-11-06

I certify that on February 24, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By   s/ Christopher J. Slottee