W. MICHAEL MOODY
ATKINSON, CONWAY & GAGNON
Attorneys for Gary D. Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

GARY D. DUNST,                    )
                                  )
            Petitioner,           )
_____)

Case No. 3AN-04- 12720  CV

## VERIFIED PETITION

## FOR

## ORDER ALLOWING DEPOSITIONS BEFORE ACTION

COMES NOW, Gary D. Dunst, by and through his attorneys, Atkinson, Conway & Gagnon, pursuant to Alaska Rule of Civil Procedure 27, and states as follows:

1. Petitioner is a citizen of the State of Alaska who, at all times relevant herein, has resided in Anchorage, Alaska.

2. Petitioner expects to be a party to an action in the Superior Court for the State of Alaska to be filed in the Third Judicial, but is presently unable to bring it, or cause it to be brought.

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

Exhibit 1
Page 1 of 6 Pages

3. The subject matter of the expected action is the motorcycle accident in which Petitioner received serious injuries on or about June 3, 2004 at the intersection of International Airport Road and Northwood Street in Anchorage, Alaska.

4. This accident was caused by a tan Ford Explorer that failed to yield the right of way, requiring Gary Dunst to take evasive action to avoid a collision, resulting in very serious injuries to Mr. Dunst. Mr. Dunst was hospitalized for more than thirty days and his medical bills are approximately $250,000. The identity of the driver of the Ford Explorer, who will be the defendant in the action the Petitioner anticipates filing, is currently unknown. That driver's identity is the fact the Petitioner desires to establish by the proposed testimony. The reason for desiring to perpetuate the testimony is to determine the identity of the driver so that the personal injury action may be filed against that driver.

5. The subject accident was investigated by several representatives of the Anchorage Police Department. They were on the scene while Petitioner still lay unconscious in the roadway and the opposing driver and her vehicle were still present. For reasons unknown to Petitioner, the accident report generated by the Anchorage Police Department does not identify the other driver or the other driver's automobile.

6. Petitioner brought this deficiency to the attention of the Anchorage Police Department. Although several officers were on the scene, not all of whom are identified in the police report, the Anchorage Police Department claims not to know the

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

VERIFIED PETITION
*In Re: Gary Dunst, Petitioner*
Page 2 of 6
74699/7443.1

Exhibit 1
Page 2 of 6 Pages

identity of the other driver. Lay witnesses at the scene indicate that one or more policemen spoke with the offending driver of the Explorer.

7.   Petitioner wishes to depose all representatives of the Anchorage Police Department who responded to the accident scene. Through this testimony, Petitioner hopes to establish the identity of the opposing driver and, if the identity cannot be established directly, discover other facts concerning the driver, the vehicle she was operating, other persons at the scene, any identifying information in the officer's notebooks, and any other information that may identify, or that may lead to the identification of, the opposing driver.

8.   Police photos show the Ford Explorer from a distance as part of the overall scene. No photograph shows the license number of the vehicle. Petitioner has had the photos examined by specialists, who report that the resolution is inadequate to determine the license number. If depositions of the police officers do not identify the driver, Petitioner will need to subpoena drivers license photos from the Department of Motor Vehicles for drivers who are shown by public databases based on DMV records to be registered owners or likely operators of tan Ford Explorers of the given model years. Witnesses saw and spoke to the female driver at the scene and likely could identify her photograph.

9.   Witnesses at the scene have indicated that the unknown female driver stated she was coming from a softball game at a nearby softball field. There are two areas nearby that contain softball fields, DeLaVega Park and the Connors Bog ball

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

VERIFIED PETITION
*In Re: Gary Dunst, Petitioner*
Page 3 of 6
74699/7443.1

Exhibit 1
Page 3 of 6 Pages

fields. Petitioner's representatives contacted the AnchorTown Sports Association, which controls the DeLaVega fields, and the Petroleum League, which controls the Connors Bog fields, to determine the identify of teams playing on those nearby softball fields on the evening of June 3, 2004, as well as the players' rosters for each team. The Petroleum League did not respond to the request. The AnchorTown Sports Association representative stated that they would be happy to provide the information but only in response to a subpoena. Therefore Petitioner desires to obtain this information through depositions of the AnchorTown Sports Association and the Petroleum League via subpoenas duces tecum.

10. The names or description of the person the Petitioner expects will be an adverse party in the anticipated lawsuit and her address is unknown, for the reasons stated above.

11. The names and addresses of the persons to be examined are as follows:

    a.    APD Sgt. Rohwer

    b.    APD Ofcr. Gregory Witte

    c.    APD Ofcr. R. Wurst

    d.    Other APD officers who responded to the scene

    e.    The APD custodian of records of the 911 calls for this accident and of the logs showing all officers who responded

    f.    Representative of AnchorTown Sports Association

    g.    Representative of the Petroleum League

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

VERIFIED PETITION
In Re: Gary Dunst, Petitioner
Page 4 of 6
74699/7443.1

Exhibit 1
Page 4 of 6 Pages

   h. Representative of the State of Alaska Department of Motor Vehicles concerning drivers license photos of drivers who appear to be registered owners or operators of tan Ford Explorers of the given model years

   i. Any other witnesses that the foregoing depositions reveal may know the identity of, or have information leading to identification of, the opposing driver.

12. As stated above, the substantive testimony which Petitioner expects to elicits from each of these witnesses will be the identity of, or facts that may lead to the identification of, the automobile driver who caused this accident and Petitioner's injuries.

13. If the identity of the unknown driver is ascertained, discovery under this Petition will cease even if all the witnesses listed in Paragraph 11 have not been deposed.

WHEREFORE, Petitioner requests the Court to enter an order allowing him to depose the listed witnesses.

DATED this 16th day of November, 2004.

       ATKINSON, CONWAY & GAGNON
       Attorneys for Gary D. Dunst

       By _____
       W. Michael Moody
       ABA No. 7210062

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

VERIFIED PETITION
In Re: Gary Dunst, Petitioner
Page 5 of 6
74699/7443.1

Exhibit 1
Page 5 of 6

## VERIFICATION

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

      W. Michael Moody, being first duly sworn upon oath, deposes and says:

      That I am the attorney for Plaintiff in the above-entitled action and that the facts stated in the Petition are true to the best of my knowledge, information and belief.

      DATED this ___16th___ day of November, 2004.

                                             _W. Michael Moody (signature)_
                                             W. Michael Moody

      SUBSCRIBED AND SWORN TO before me this ___16th___ day of November, 2004.

OFFICIAL SEAL
State of Alaska
JONELLE G. ANGLETON
NOTARY PUBLIC

Notary Public in and for Alaska
My Commission Expires: __4-11-06__

LAW OFFICES
ATKINSON, CONWAY
& GAGNON, INC.
420 L STREET
SUITE 500
ANCHORAGE, ALASKA
99501-1989
TELEPHONE 276-1700
FACSIMILE 272-2082

VERIFIED PETITION
*In Re: Gary Dunst, Petitioner*
Page 6 of 6
74699/7443.1

Exhibit __1__
Page __6__ of __6__ Pages