W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GARY DUNST<br><br>　　　　Defendant. | Case No. 3:04-cv-0272-JWS<br><br>**STIPULATION FOR**<br>**ENTRY OF JUDGMENT** |

　　　　Pursuant to the Court's Order dated May 12, 2006, the parties hereby stipulate to entry of judgment as follows:

　　　　1.　　The parties have agreed that Dunst is entitled to uninsured/ underinsured motorist coverage for the accident on June 3, 2004, under the following policies:

      a.    Dunst's GEICO Cycle-Guard motorcycle insurance policy, Policy No. NX-61-05-5;

      b.    Dunst's GEICO Alaska Family Automobile Insurance Policy, Policy No. 0741-98-04-03; and

      c.    Dunst's GEICO umbrella policy, Policy No. P5051888.

The parties agree that judgment should be entered accordingly, and that GEICO's Amended Complaint for Declaratory Judgment should be dismissed with prejudice.

      2.    The parties agree that the Court shall decide who is the prevailing party and the appropriate award of attorney's fees and costs based on the briefing submitted in connection with Dunst's Motion for Attorney's Fees, filed on January 24, 2006, at Docket 29, and Dunst's Motion for Costs, filed on January 24, 2006, at Docket 30.

ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst

Date: May 25, 2006

By: /s/ W. Michael Moody
W. Michael Moody
420 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: wmm@acglaw.com
ABA No. 7210062

Date: 5-26-06

WILKERSON, HOZUBIN & BURKE
Attorneys for GEICO

By: /s/ Mark E. Wilkerson
Mark E. Wilkerson
310 K Street, Suite 405
Anchorage, AK 99501
Phone: (907) 276-5297
Fax: (907) 276-5291
E-mail: mark@wilkersonlaw.net
ABA No. 8310157

I certify that on May 26, 2006, a copy of the foregoing document was served electronically on:

Mark E. Wilkerson, Esq.

By   s/ Christopher J. Slottee