W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) GARY DUNST ) ) Defendant. ) _____) | Case No. 3:04-cv-0272-JWS  **[PROPOSED] ORDER FOR ENTRY OF JUDGMENT** |

The parties' Stipulation for Entry of Judgment, filed May 26, 2006, is accepted. Judgment shall be entered accordingly.

DATED this _____ day of _____, 2006.

_____
The Honorable John W. Sedwick
United States District Court Judge

I certify that on May 26, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.


By      s/ Christopher J. Slottee


[PROPOSED] ORDER FOR ENTRY OF JUDGMENT
*Dunst v. Torres*, 3AN-05-9148 CI
Page 2 of 2
84862/7443.1