W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> GARY DUNST <br><br> Defendant. | Case No. 3:04-cv-0272-JWS <br><br><br> **FINAL [PROPOSED] JUDGMENT** |

Based upon the parties' Stipulation and [Proposed] Order for Entry of Judgment filed on May 26, 2006, and this Court's order dated _____, it is hereby ORDERED, ADJUDGED AND DECREED:

      1.    Dunst is entitled to uninsured/underinsured motorist coverage for the accident on June 3, 2004, under the following policies:

      a.    Dunst's GEICO Cycle-Guard motorcycle insurance policy, Policy No. NX-61-05-5;

      b.    Dunst's GEICO Alaska Family Automobile Insurance Policy, Policy No. 0741-98-04-03; and

      c.    Dunst's GEICO umbrella policy, Policy No. P5051888.

2.    Plaintiff and Counterclaim Defendant Government Employees Insurance Company's Amended Complaint for Declaratory Judgment is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that _____ is awarded costs of $_____ and Alaska Civil Rule 82 attorney's fees of $_____, for a total award of $_____ in favor of _____ and against _____.

This award shall bear interest at the rate of ____% per annum from and after entry.

DATED this _____ day of _____, 2006.

                                                         _____
                                                         The Honorable John W. Sedwick
                                                         United States District Court Judge

I certify that on May 26, 2006,
a copy of the foregoing document
was served electronically on:

Mark E. Wilkerson, Esq.

By      s/ Christopher J. Slottee