W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) | Case No. 3:04-cv-0272-JWS |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER FOR ENTRY OF JUDGMENT** |
| GARY DUNST | ) ) | |
| Defendant. | ) ) | |

The parties' Stipulation for Entry of Judgment, filed May 26, 2006, is accepted. Judgment shall be entered accordingly.

DATED this 1st day of June, 2006.

/s/_____
The Honorable John W. Sedwick
United States District Court Judge