W. Michael Moody
Christopher J. Slottee
ATKINSON, CONWAY & GAGNON
Attorneys for Gary Dunst
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
Phone: (907) 276-1700
Fax: (907) 272-2082
wmm@acglaw.com
cjs@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GARY DUNST<br><br>Defendant. | Case No. 3:04-cv-0272-JWS<br><br><br>**FINAL JUDGMENT** |

Based upon the parties' Stipulation and Proposed Order for Entry of Judgment filed on May 26, 2006, and this Court's order dated June 1, 2006, it is hereby ORDERED, ADJUDGED AND DECREED:

    1.    Dunst is entitled to uninsured/underinsured motorist coverage for the accident on June 3, 2004, under the following policies:

        a.        Dunst's GEICO Cycle-Guard motorcycle insurance policy, Policy No. NX-61-05-5;

        b.        Dunst's GEICO Alaska Family Automobile Insurance Policy, Policy No. 0741-98-04-03; and

        c.        Dunst's GEICO umbrella policy, Policy No. P5051888.

2. Plaintiff and Counterclaim Defendant Government Employees Insurance Company's Amended Complaint for Declaratory Judgment is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Gary Dunst shall recover from GEICO the sum of $ 7,135.05 in attorneys' fees.

DATED this 13th day of June, 2006.

        /s/JOHN W. SEDWICK
        The Honorable John W. Sedwick
        United States District Court Judge